# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| PIPELINE PRODUCTIONS, INC., MICHAEL EDMONDSON, BRETT MOSIMAN, PLT, LLC, MIDWEST PRODUCTION SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> S&A PIZZA, INC., JEFFREY "STRETCH" RUMANER, CROSSROADS LIVE, LLC, MAMMOTH, INC., JOSH FORTIER, JOSH HUNT, <br><br> Defendants. | Case No. 4:20-00130-CV-RK |

## ORDER

Before the Court is Defendants S&A Pizza, Inc., Jeffrey "Stretch" Rumaner, and Crossroads Live, LLC (collectively the "Crossroads Defendants")'s motion to continue the preliminary injunction hearing and for expedited discovery. (Doc. 22.) Plaintiffs have responded (Doc. 26), and the Court heard oral arguments on the motion. (Doc. 32, minute entry.) After careful consideration, and for the reasons stated on the record, the motion is **GRANTED**.

Accordingly, the Court **ORDERS** the following:

1. Expedited discovery regarding the motion for preliminary injunction (Doc. 7), shall occur on or before April 3, 2020.
    a. Defendants may take the deposition of Brett Mosiman and Michael Edmondson. Crossroads Defendants shall have up to 2 hours to depose each witness. Defendants Fortier and Hunt shall have up to 1 hour to depose each witness. Defendant Mammoth, Inc. shall have up to 1 hour to depose each witness.[1]

---

[1] The parties indicated to the Court the time constraints may not be feasible. These time constraints are to be construed as strong guidelines rather than hard and fast rules. The Court encourages each party to, as much as feasible, work cooperatively with opposing counsel.

b. Any written discovery or documents shall be produced to the opposing party(ies) at least 24 hours in advance of the deposition(s).

2. If Plaintiff desires to have their own limited discovery for the purposes of the motion for preliminary injunction, they shall file a motion with the Court by April 14, 2020. The Court will take up the motion at that time.

          s/ Roseann A. Ketchmark
          ROSEANN A. KETCHMARK, JUDGE
          UNITED STATES DISTRICT COURT

DATED: March 25, 2020