## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

PIPELINE PRODUCTIONS, INC., )
MICHAEL EDMONDSON, BRETT )
MOSIMAN, PLT, LLC, MIDWEST )
PRODUCTION SERVICES, LLC, )
                             )    Case No. 4:20-00130-CV-RK
               Plaintiffs, )
                             )
           v. )
                             )
S&A PIZZA, INC., JEFFREY "STRETCH" )
RUMANER, CROSSROADS LIVE, LLC, )
MAMMOTH, INC., JOSH FORTIER, )
JOSH HUNT, )
                             )
              Defendants. )

## ORDER ON MOTIONS FOR CONTEMPT AND SANCTIONS

      Before the Court are motions for contempt (Doc. 80) and sanctions (Doc. 83). The Court held a hearing on July 8, 2020 (Doc. 88, minute entry). After careful considerations, and after the discussions held as noted on the record, the motions are **DENIED**.

      **IT IS SO ORDERED**.


                             s/ Roseann A. Ketchmark
                             ROSEANN A. KETCHMARK, JUDGE
                             UNITED STATES DISTRICT COURT

DATED: July 8, 2020